THE COLUMBUS TRUST COMPANY, Appellant, *v.* GEORGE MOSHIER, Respondent.

*Columbus Trust Co.* v. *Moshier*, 121 App. Div. 906, affirmed.
(Argued November 17, 1908; decided December 1, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

October 12, 1907, affirming a judgment in favor of plaintiff for part of the relief demanded, entered upon a decision of the court at a Trial Term, without a jury, in an action to recover on an alleged contract of guaranty.

*Walter C. Anthony* for appellant.

*Robert H. Barnett* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.